Kathryn Tassinari, OSB # 80115
Brent Wells, OSB # 85403
CRAM, HARDER, WELLS & BARON, P.C.
474 Willamette, #200
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

RECVD'05 JUN 16 10:09USDC-ORP

FILED'05 JUN 17 08:50USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MIGUEL GOMEZ-ALVAREZ, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____) | Civil No. 04-6147-ST <br><br> ORDER FOR PAYMENT OF ATTORNEY'S FEES PURSUANT TO EAJA |

After considering the stipulated Motion for entry of an order awarding attorney's fees submitted by the parties herein, plaintiff's Motion for payment of attorney fees is hereby granted in the sum of $4,401.62 as full settlement of any and all claims for attorney fees under EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this 16th day of June, 2005.

_____
Janice M. Stewart
U.S. Magistrate Judge

PRESENTED BY:

By: /s/ Kathryn Tassinari
Kathyn Tassinari
OSB #80115
Of Attorneys for the Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA

# CERTIFICATE OF MAILING

I certify that a true copy of the foregoing Stipulation for EAJA Fees and proposed Order was served upon the following parties as indicated below, on the 14th day of June, 2005.

ORIGINAL TO:

Clerk of Court　　　　　　　　　　　　　　　[X]　U.S. Mail
U.S. District Court
740 U.S. Courthouse
1000 S.W. Third Avenue
Portland, OR 97204-2902

CERTIFIED COPIES TO:

Franco L. Becia　　　　　　　　　　　　　　[X]　U.S. Mail
Special Assistant U.S. Attorney
Office of General Counsel
701 5th Ave., Suite 2900 M/S 901
Seattle, WA 98104-7075
Of Attorneys for Defendant

Craig Casey　　　　　　　　　　　　　　　　[X]　U.S. Mail
U.S. Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
Of Attorneys for Defendant

　　　　　　　　　　　　　　／s/ Joan C. Armstead
　　　　　　　　　　　　　　Joan C. Armstead
　　　　　　　　　　　　　　Legal Assistant to Kathryn Tassinari
　　　　　　　　　　　　　　Cram, Harder, Wells & Baron, PC